UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
GARY L. ALFORD                                    :    CHAPTER 13
MONICA A. ALFORD
    DEBTORS                                    :    CASE NO. 12-21388
                                                                      :    OCTOBER 11, 2012

### APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for HOMEWARD RESIDENTIAL, INC., a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above- captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

October 11, 2012

                                                  Linda J. St. Pierre, Esq.
                                                  Federal Bar No. CT 22287

## CERTIFICATION

I hereby certify that a copy of the foregoing was served upon all of the following parties, either by operation of the Court's electronic filing system or by postage prepaid first class mail, on this 11th day of October, 2012.

Gary L. Alford
Monica A. Alford
120 Edgemere Avenue
West Hartford, CT 06110
(Debtors)

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

Suzann L. Beckett
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105
(Debtor's Attorney)

U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated: October 11, 2012        By: _____
                                Linda J. St. Pierre, Esq.
                                Hunt Leibert Jacobson, P.C.
                                Federal Bar No. CT 22287