# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

IN RE:  CASE NO. 12-21388
    GARY L ALFORD AND MONICA A ALFORD,
        Debtors.  CHAPTER 13

## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Now comes Azurea I, LLC, and Oak Harbor Capital VI, LLC, creditors and parties in interest in the above styled action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g), and requests that all notices required to be mailed or served in this case be directed to:

> David S. Seidman, Bar No. 306149
> Law Offices of David S. Seidman, P.C.
> 1080 Elm Street
> Rocky Hill, CT 06067
> Phone:  (860) 563-7866
> Email:  davidseidman@sbcglobal.net
> Attorneys for Claimants

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), David S. Seidman hereby enters Notice of Appearance as Counsel in this matter on behalf of Azurea I, LLC, and Oak Harbor Capital VI, LLC.

Dated: May 1, 2013  /s/ David S. Seidman
    David S. Seidman, Bar No. 306149
    Law Offices of David S. Seidman, P.C.
    1080 Elm Street
    Rocky Hill, CT 06067
    Phone:  (860) 563-7866
    Email:  davidseidman@sbcglobal.net
    Attorneys for Claimants

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2013, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Suzann L Beckett, Attorney for Debtors

Molly T Whiton, Chapter 13 Trustee

Dated: May 1, 2013            /s/ David S. Seidman
                              David S. Seidman, Bar No. 306149
                              Law Offices of David S. Seidman, P.C.
                              1080 Elm Street
                              Rocky Hill, CT 06067
                              Phone:  (860) 563-7866
                              Email:  davidseidman@sbcglobal.net
                              Attorneys for Claimants