## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Case No. 12-21388 |
| | Chapter 13 |
| GARY L. ALFORD | |
| MONICA A. ALFORD | RE: ECF No. 49 |
| Debtors | |

## ORDER DISALLOWING CLAIM #10 FILED BY
## PORTFOLIO RECOVERY ASSOCIATES, LLC

The Debtor's Objection to Claim #10 filed by Portfolio Recovery Associates, LLC, in the amount of $2,867.96 having been duly noticed and heard by the Court and it appearing that the same should be sustained, it is hereby Sustained- claim is disallowed.

Dated: May 7, 2013

Albert S. Dabrowski
Chief United States Bankruptcy Judge