UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | | |
|---|---|---|
| IN RE: | | |
| GARY L. ALFORD | : | CHAPTER 13 |
| MONICA A. ALFORD | : | CASE NO. 12-21388 |
| DEBTORS | : | APRIL 1, 2014 |

### APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for Nationstar Mortgage LLC, a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above- captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: April 1, 2014

By: /s/ Gerald A. Gordon
Gerald A. Gordon, Esq.
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, Connecticut 06120
Telephone No. (860) 808-0606
Fed. Bar. No. CT 27802

CERTIFICATION

    I hereby certify that a copy of the foregoing was served upon all of the following parties, either by operation of the Court's electronic filing system or by postage prepaid first class mail, on this 1st day of April, 2014.

| | |
|---|---|
| Gary L. Alford<br>Monica A. Alford<br>120 Edgemere Avenue<br>West Hartford, CT 06110<br>(Debtors) | Molly T. Whiton<br>10 Columbus Boulevard<br>Hartford, CT 06106<br>(Trustee) |
| Suzann L. Beckett<br>Beckett Law LLC<br>543 Prospect Ave<br>Hartford, CT 06105<br>(Debtors Attorney) | U.S. Trustee<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 |

Dated: April 1, 2014

By: /s/ Gerald A. Gordon
    Gerald A. Gordon, Esq.
    Hunt Leibert Jacobson, P.C.
    50 Weston Street
    Hartford, Connecticut 06120
    Telephone No. (860) 808-0606
    Fed. Bar. No. CT 27802